# EXHIBIT "2"

RECEIVED
IL SECRETARY OF STATE
UNIFORM COMMERCIAL CODE
20121101    1145
$20.00    Electronic

17726501    FS

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Corporation Service Company    800-858-5294

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Corporation Service Company
801 Adlni Stevenson Drive
Springfield, IL, 62703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MIDWEST CARRIER SYSTEM, INC. | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 13 BEECHNUT DRIVE | BARRINGTON | IL | 60010 | USA |
| 1d. SEE INSTRUCTIONS / ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: CORPORATION | 1f. JURISDICTION OF ORGANIZATION: IL | 1g. ORGANIZATION ID #, if any: 67956583 | NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S LAST NAME: RANKOVIC | FIRST NAME: DRAGAN | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 13 BEECHNUT DRIVE | SOUTH BARRINGTON | IL | 60010 | USA |
| 2d. SEE INSTRUCTIONS / ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION: INDIVIDUAL | 2f. JURISDICTION OF ORGANIZATION: IL | 2g. ORGANIZATION ID #, if any | ☑ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ADVANCE BUSINESS CAPITAL LLC | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 701 CANYON DR. STE 105 | COPPELL | TX | 75019 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All now existing and future accounts of the Debtor/Seller that are purchased by Purchaser/Secured Party, and,

All assets of the Debtor, including, but not limited to, all now existing and future Accounts, Chattel Paper, Deposit Accounts, Inventory, Equipment, Instruments, Investment Property, Documents, Letter of Credit Rights, Commercial Tort Claims, General Intangibles, Supporting Obligations and any sums maintained by Purchaser that are identified as payable to Seller from the Reserve Account.

NOTICE - PURSUANT TO AN AGREEMENT BETWEEN DEBTOR/SELLER AND SECURED PARTY/PURCHASER, DEBTOR HAS AGREED NOT TO SELL ANY OF ITS ACCOUNTS TO ANY OTHER PARTY OR ENCUMBER THE COLLATERAL DESCRIBED HEREIN. THE FURTHER SALE OR ENCUMBRANCE OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHTS.

**5.** ALTERNATIVE DESIGNATION (if applicable): ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING
**6.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in ESTATE RECORDS. Attach Addendum [if applicable]    REPORT(S) on Debtor(s) [optional] ☐ ALL DEBTORS ☐ DEBTOR 1 ☐ DEBTOR 2
**8.** OPTIONAL FILER REFERENCE DATA
[70970946]

EXHIBIT 2