# EXHIBIT "3"



## *Advance Business Capital Fuel Advance Request Form*

Name of Carrier: _____ MC #: _____

Broker Name: _____

Item(s) Hauled: _____ Load #: _____

Total Amt: $_____ Advance Amt: $_____

Advance Payout Method: _____

Print Name: _____

Signature: _____

Date: _____

Paperwork Check List:  ☐ Advance Request Form  ☐ Rate Confirmation  ☐ B.O.L.

Terms: This form must be completed and signed along with a copy of the load confirmation and BOL verifying load acceptance prior to delivery of advance funds.

Advance Business Capital does not advance more than 50% of the total rate agreed on the Rate Confirmation. ABC charges a one-time fee per advance of $15.00. Once an advance has been given by ABC, no outside advances shall be taken. If outside advances are taken from a broker/ shipper or any other financial source, ABC reserves the right to charge back the total amount advanced plus a $50 penalty fee. Once an advance has been given by ABC the Client is required to submit the original paperwork for factoring within 7 days or ABC reserves the right to charge back the total amount advanced. Standard funding transmission fees apply to all fuel advance transactions, pursuant to the Factoring and Security Agreement.

## SUBMISSION: Return to 972-354-5100 or FUELADV@ABCLLC.COM

© 2013 Advance Business Capital LLC - 701 TX 75019 - (214) 513-9600 - www.cash4truckers.com



EXHIBIT 3