# EXHIBIT "5"

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

RECEIVED
IL SECRETARY OF STATE
UNIFORM COMMERCIAL CODE
12/10/13  13:34
$20.00  Electronic

18830639  FS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Tanya Kostik   866-583-7875

B. E-MAIL CONTACT AT FILER (optional)
tkostic@compassfs.net

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
Compass Funding Solutions, LLC
450 W 55th Street., suite 200
Countryside, IL, 60525

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here [ ] and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC 1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| L. & B Transport Inc. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 5227 James Ln Apt 1414 | Crestwood | IL | 60445 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here [ ] and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC 1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Hansen | Rada | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 399 Newberry Drive | Elk Grove Village | IL | 60007 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| COMPASS FUNDING SOLUTIONS, LLC | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 450 W 55th Street., suite 200 | Countryside | IL | 60525 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
Collateral -All assets of the Debtor

Notice-Pursuant to an agreement between debtor and secured party, debtor has agreed not to grant a security interest in the collateral, described herein and any future commercial tort claims to any other secured party. Accordingly, the acceptance of any such security interest by anyone other then the above secured party is likely to constitute the tortious interference with secured party's rights.

In the event that any entity is granted a security interest in debtor's accounts, chattel paper or general intangibles contrary to the above, the secured party asserts a claim to any proceeds thereof received by such entity.

5. Check only if applicable and check only one box: Collateral is [ ] held in a Trust (see UCC1Ad, item 17 and instructions) [ ] being administered by a Decendent's Personal Representative

6a. Check only if applicable and check only one box:
[ ] Public-Finance Transaction  [ ] Manufactured-Home Transaction  [ ] A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
[ ] Agricultural Lien  [ ] Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): [ ] Lessee/Lessor [ ] Consignee/Consignor [ ] Seller/Buyer [ ] Bailee/Bailor [ ] Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY - UCC FINANCING STATEMENT (Form U...)

EXHIBIT
5

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

RECEIVED
IL SECRETARY OF STATE
UNIFORM COMMERCIAL CODE
12/10/13    13:34
$20.00    Electronic

**18830639**    FS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here

9a. ORGANIZATION'S NAME

L & B Transport Inc.

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (form UCC1) (use exact, full name; do not omit, modify, or abbreviate and part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11. [✓] ADDITIONAL SECURED PARTY'S NAME or [ ] ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME
TRANSPORTATION ALLIANCE BANK

OR

11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
4185 HARRISON BLVD., SUITE 200 | Ogden | UT | 84403 | USA

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

13. [ ] This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
[ ] covers timber to be cut  [ ] covers as-extracted collateral  [ ] is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate.

17. MISCELLANEOUS:

FILING OFFICE COPY - UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)