## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ADVANCE BUSINESS CAPITAL LLC, a Delaware limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 14-cv-2077 |
| MIDWEST CARRIER SYSTEM, INC., an Illinois corporation, L&B TRANSPORT, INC., an Illinois corporation, DRAGAN RANKOVIC, individually, RADA JENNA HANSEN, individually, COMPASS FUNDING SOLUTIONS, LLC, an Illinois limited liability company, and TRANSPORTATION ALLIANCE BANK, INC., a Utah banking corporation, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S RENEWED MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT DRAGAN RANKOVIC

Plaintiff, Advance Business Capital, LLC, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 55(a), moves for the entry of a default against Defendant Dragan Rankovic, and as grounds therefor states:

1.      This Renewed Motion for Entry of Default against Defendant Dragan Rankovic (the "Renewed Motion") is necessitated because Defendant Dragan Rankovic has failed to file a response to the Complaint and has failed to request or secure an extension of time to do so.

2.      Plaintiff commenced this case on March 25, 2014 with the filing of the Complaint [D.E. 1].

3.      On April 6, 2014, Defendant Dragan Rankovic was served with the Summons and Complaint [D.E. 26, Ex. 2].

4.      Defendant Dragan Rankovic's response to the Complaint was due to be filed and served on or before April 28, 2014.

5.      Due to ongoing settlement negotiations, Plaintiff agreed to two successive extensions of time for Defendant Dragan Rankovic to file and serve his response to the Complaint, the new deadline being May 29, 2014.  He failed to do so.

6.      Due to Defendant Dragan Rankovic's failure to file and serve a response to the Complaint or to request or secure another extension of time to do so prior to the May 29, 2014 deadline, Plaintiff filed its first motion for entry of default (the "Original Motion") on June 5, 2014 [D.E. 26].

7.      Because Defendant Dragan Rankovic filed a pro se appearance form on June 26, 2014 [D.E. 30], the Court denied Plaintiff's Original Motion on June 27, 2014 [D.E. 31], declining to enter a default.

8.      However, despite approximately three months having passed since the Court's denial of Plaintiff's Original Motion, wherein Defendant Dragan Rankovic was given another opportunity to serve and file a response to the Complaint, Defendant Dragan Rankovic has still failed to serve and file a responsive motion or pleading to the Complaint or to request or procure an extension of time to do so.

9.      Accordingly, Plaintiff renews its request for the entry of a default against Defendant Dragan Rankovic for failure to file a response to the Complaint.

WHEREFORE, Plaintiff, Advance Business Capital, LLC, respectfully requests that the Court enter, without further notice or hearing, default against Defendant Dragan Rankovic.

ADVANCE BUSINESS CAPITAL, LLC

By: /s/ Vincent T. Borst
One of Its Attorneys

Michael W. Ullman
Florida Bar No. 259667
150 East Palmetto Park Road, Suite 700
Boca Raton, Florida 33432
(561) 338-3535
Michael.ullman@uulaw.net
*Admitted Pro Hac Vice*

Vincent T. Borst (ARDC No.: 06192904)
Catherine A. Cooke (ARDC No. 6289263)
ROBBINS SALOMON & PATT, LTD.
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
(312) 782-9000 -Telephone
(312) 782-6690 - Facsimile
vborst@rsplaw.com
ccooke@rsplaw.com
KE4484