# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# (EASTERN DIVISION)

ADVANCE BUSINESS CAPITAL LLC,     CASE NO. 14-cv-02077
a Delaware limited liability company,

        Plaintiff,

vs.

MIDWEST CARRIER SYSTEM, INC.,
an Illinois corporation,
L&B TRANSPORT INC., an Illinois corporation,
DRAGON RANKOVIC, individually,
RADA JENNA HANSEN, individually,
COMPASS FUNDING SOLUTIONS LLC, an
Illinois limited liability company, and
TRANSPORTATION ALLIANCE BANK, a
Utah banking corporation,

        Defendants.
_____/

## JOINT MOTION FOR FINAL ORDER DROPPING DEFENDANT, COMPASS FUNDING SOLUTIONS LLC AS A PARTY, WITH PREJUDICE

Plaintiff, Advance Business Capital LLC, a Delaware limited liability company ("ABC"), and Defendant, Compass Funding Solutions LLC, an Illinois limited liability company ("Compass"), by and through their undersigned counsel, file this Joint Motion for Final Order Dropping Defendant, Compass Funding Solutions LLC as a Party, With Prejudice, and states as follows:

    1.     ABC and Compass have agreed to settle any and all claims that have been asserted or that could have been asserted by and between ABC and Compass in this lawsuit as compulsory claims and counterclaims, including without limitation, ABC's Count IV of the Complaint (D.E. 1) for declaratory relief solely against Compass.

    2.     As part of their settlement, ABC and Compass agree that Compass shall be dropped as a party to the lawsuit, with prejudice, pursuant to Fed. R. Civ. P. 21.

3. As part of their settlement, ABC and Compass agree that as to each other they each shall bear its own attorneys' fees and costs incurred in this lawsuit.

4. As part of their settlement, ABC and Compass agree that the Court shall retain jurisdiction to enforce the terms of Settlement Agreement by and between ABC and Compass and that they will request that the Court enter the Final Order Dropping Party With Prejudice attached hereto as Exhibit "1."

WHEREFORE, Plaintiff, Advance Business Capital LLC, and Defendant, Compass Funding Solutions LLC, respectfully request this Court's entry of the Final Order Dropping Party With Prejudice attached hereto as Exhibit "1."

Respectfully submitted, this 23rd day of February, 2015.

ULLMAN & ULLMAN, P.A.
*Attorneys for Advance Business Capital LLC*
150 East Palmetto Park Road, Ste. 700
Boca Raton, Florida 33432
Telephone: (561) 338-3535
Facsimile: (561) 338-3581

BY: _____
MICHAEL W. ULLMAN
Florida Bar No. 259667
Email: michael.ullman@uulaw.net
JARED A. ULLMAN
Florida Bar No. 90500
Email: jared.ullman@uulaw.net

BISHOP & LAFORTE, LTD.
*Attorneys for Compass Funding Solutions, LLC*
One Lincoln Centre
18W140 Butterfield Road, Suite 930
Oakbrook Terrace, Illinois 60181
Telephone: (630) 916-0123
Facsimile (630) 916-0567

BY: _____
TIMOTHY A. HICKEY
Email: thickey@bishoplaforte.com

-and-

ROBBINS, SALOMON & PATT, LTD.
*Attorneys for Advance Business Capital LLC*
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 456-0182
Facsimile: (312) 782-6690

By: _____
VINCENT T. BORST
Email: vborst@rsplaw.com

## CERTIFICATE OF SERVICE\

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished on this 23rd of February, 2015, via email to:

Eric J. Malnar, Esq.
Stahl Cowen Crowley Addis, LLC
*(Counsel for L&B Transport and Rada Jenna Hansen)*
55 West Monroe Street, Suite 1200
Chicago, Illinois 60603
Email: *emalnar@stahlcowen.com*

George F. LaForte, Jr., Esq.
Timothy A. Hickey, Esq.
Bishop & LaForte, Ltd.
*(Counsel for Compass Funding Solutions LLC)*
18W140 Butterfield Road, Suite 930
Oakbrook Terrace, Illinois 60181
Email: *glafortejr@bishoplaforte.com*
Email: *thickey@bishoplaforte.com*

Jon K. Stromsta, Esq.
Enterprise Law Group LLP
*(Counsel for Transportation Alliance Bank, Inc.)*
150 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606
Email: *jstromsta@enterpriselg.com*

Vincent Thomas Borst, Esq.
Catherine A. Cook, Esq.
Robbins, Salomon & Patt, Ltd.
*(Co-Counsel for Advance Business Capital LLC)*
180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
Email: *vborst@rsplaw.com*
      *ccooke@rsplaw.com*

Respectfully Submitted,

ULLMAN & ULLMAN, P.A.
Co-*Counsel for Advance Business Capital LLC* 150 East Palmetto Park Road, Suite 700
Boca Raton, Florida 33432
Telephone: (561) 338-3535
Facsimile: (561) 338-3581

BY: _____
MICHAEL W. ULLMAN
Florida Bar No. 259667
Email: michael.ullman@uulaw.net
JARED A. ULLMAN
Florida Bar No. 90500
Email: jared.ullman@uulaw.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)

ADVANCE BUSINESS CAPITAL LLC,   CASE NO. 14-cv-02077
a Delaware limited liability company,

        Plaintiff,

vs.

MIDWEST CARRIER SYSTEM, INC.,
an Illinois corporation,
L&B TRANSPORT INC., an Illinois corporation,
DRAGON RANKOVIC, individually,
RADA JENNA HANSEN, individually,
COMPASS FUNDING SOLUTIONS LLC, an
Illinois limited liability company, and
TRANSPORTATION ALLIANCE BANK, a
Utah banking corporation,

        Defendants.
_____/

## FINAL ORDER DROPPING DEFENDANT, COMPASS FUNDING SOLUTIONS AS A PARTY, WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Joint Motion for Final Order Dropping Defendant, Compass Funding Solutions LLC, as a Party, With Prejudice filed by Plaintiff, Advance Business Capital LLC ("ABC"), and Defendant, Compass Funding Solutions LLC ("Compass"). The Court has carefully considered the Joint Motion and is otherwise advised in the premises.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Joint Motion is hereby **GRANTED**.

2. Pursuant to a settlement agreement between ABC and Compass, Compass is hereby dropped as a party to this lawsuit, with prejudice.



3. As to each other, ABC and Compass shall each bear its own attorneys' fees and costs incurred in this lawsuit pursuant to the Settlement and Release Agreement by and between ABC and Compass dated February ___, 2015 (the "Settlement Agreement").

4. Neither this Order nor the Settlement Agreement shall have any effect on ABC's or Compass' rights against any other party to the Lawsuit, including, without limitation, ABC's and Compass' claims against Midwest Carrier System, Inc., L&B Transport, Inc., Dragan Rankovic, and/or Rada Jenna Hansen, nor shall give rise to any waiver or estoppel of ABC's or Compass' rights against any other party to this lawsuit.

5. This Court shall retain jurisdiction to enforce the terms of Settlement Agreement.

SO ORDERED this _____ day of February, 2015:

_____
JOAN B. GOTTSCHALL
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record