UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)

ADVANCE BUSINESS CAPITAL LLC,
a Delaware limited liability company,

      Plaintiff,

vs.

MIDWEST CARRIER SYSTEM, INC.,
an Illinois corporation,
L&B TRANSPORT INC., an Illinois corporation,
DRAGON RANKOVIC, individually,
RADA JENNA HANSEN, individually,
COMPASS FUNDING SOLUTIONS LLC, an
Illinois limited liability company, and
TRANSPORTATION ALLIANCE BANK, a
Utah banking corporation,

      Defendants.

Judge Joan B. Gottschall

CASE NO. 14-cv-02077

## DECLARATION OF JARED A. ULLMAN, ESQ. IN SUPPORT OF PLAINTIFF ADVANCE BUSINESS CAPITAL, LLC'S MOTION FOR ENTRY OF DIVISIBLE FINAL DEFAULT JUDGMENT AGAINST DEFENDANT MIDWEST CARRIER SYSTEM, INC. AND DEFENDANT DRAGON RANKOVIC

1. My name is Jared A. Ullman and I am counsel of record for Advance Business Capital, LLC ("ABC") in this matter. I have personal knowledge of the facts contained within this Declaration, am over the age of eighteen, suffer from no legal incapacity, and am otherwise *sui juris*.

2. I am supplying this Declaration in connection with ABC's Motion for Entry of Divisible Default Final Judgment against Defendant Midwest Carrier System, Inc. ("Midwest") and Defendant Dragon Rankovic ("Rankovic") (the "Motion").

3. On June 5, 2015, Vincent T. Borst, Esq. of Robbins, Salomon & Patt, Ltd., co-counsel for ABC, attended a hearing before this Court on the Motion.

4. At the hearing, the Court granted the Motion but did not enter a Final Judgment against Midwest and Rankovic, and invited ABC to provide a more detailed explanation of the total amount of damages that ABC has sought in the Final Judgment.

5. Following the Court's request, counsel for ABC took the opportunity to confer with ABC in more detail and realized that the Affidavit of Amount Due inadvertently included attorney's fees incurred by ABC, which was obviously incorrect, as attorney's fees will only be sought after entry of the Final Judgment. A correct Affidavit of Amount Due is contemporaneously being filed with the Court to supplant the prior Affidavit [D.E. 63], correcting the amount of damages by removing the attorney's fees paid by ABC.

I, Jared A. Ullman, Esq. declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 29, 2015

_____
Jared A. Ullman

F:\wp51 14\140005\Pleadings\Declaration of Jared Ullman in Support of Motion for Default Final Judgment Midwest and Rankovic (6-29-15) FINAL.doc

# CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, certifies that he served a true copy of the above Declaration by electronically filing same with the Clerk of the Court using the CM/ECF system on July 6, 2015, which will automatically send notification to all parties who have registered to receive notices electronically as follows:

> Dragan Rankovic, individually and on behalf of Midwest Carrier System, Inc.
> 399 Newberry Drive
> Elk Grove Village, IL 60007
> 630-441-3322
> ddrexpress@hotmail.com

      By: /s/ Vincent T. Borst