UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)

| | |
|---|---|
| ADVANCE BUSINESS CAPITAL LLC, a Delaware limited liability company, <br><br> Plaintiff, <br> vs. <br><br> MIDWEST CARRIER SYSTEM, INC., an Illinois corporation, L&B TRANSPORT INC., an Illinois corporation, DRAGON RANKOVIC, individually, RADA JENNA HANSEN, individually, COMPASS FUNDING SOLUTIONS LLC, an Illinois limited liability company, and TRANSPORTATION ALLIANCE BANK, a Utah banking corporation, <br><br> Defendants. <br>_____/ | CASE NO. 14-cv-02077 |

**AMENDED DECLARATION OF AMOUNT DUE IN SUPPORT OF MOTION
FOR ENTRY OF DIVISIBLE FINAL DEFAULT JUDGMENT
AGAINST DEFENDANT MIDWEST CARRIER SYSTEM, INC. AND
<u>DEFENDANT DRAGON RANKOVIC</u>**

1. My name is George Thorson and I am the Executive Vice President and Chief Operating Officer of Advance Business Capital, LLC ("ABC"). I have personal knowledge of the facts contained within this Amended Declaration. I am over the age of eighteen, suffer from no legal incapacity, and I am otherwise *sui juris*. I am supplying this Amended Declaration pursuant to 28 U.S.C. § 1746, in connection with ABC's Motion for Entry of Divisible Default Final Judgment (the "Motion") against Defendant Midwest Carrier System, Inc. ("Midwest") and Defendant Dragon Rankovic ("Rankovic"), and following the Court's invitation at the hearing on the Motion on June 5, 2015, to provide a more detailed explanation as to the total amount of damages ABC is seeking from Midwest and Rankovic.

*Advance Business Capital LLC v. Rankovic Carrier System, Inc., et al.*
Case No. 14-cv-02077
Amended Declaration of Amount Due as to Midwest and Rankovic
Page 2 of 3

2. Each fact recited within this Amended Declaration is based either upon my own personal knowledge and/or my review of the files and business records that ABC maintains and that are pertinent to Midwest and Rankovic. The business records that I refer to above are records that are created by ABC in its ordinary course of business and affairs and consist of memoranda, reports, or data compilations, of acts, events and/or conditions, made at or near the time by, or from information transmitted by persons with knowledge, kept in the course of ABC's regularly conducted business activity and it being the regular practice of ABC to make these memoranda, reports, records, or data compilations. I am a custodian of these records and I am aware of no fact or circumstance that would suggest any lack of accuracy or trustworthiness in ABC's business records or the manner and procedures in which ABC's business records are created and maintained.

3. On or about October 30, 2012, Midwest entered into a Factoring Agreement ("Factoring Agreement") with ABC. Pursuant to Section 1.30 of the Factoring Agreement, Midwest is liable to ABC for all of the indebtedness and obligations arising under the Factoring Agreement, consisting of all amounts advanced and contractual fees, including reimbursement of reasonable attorneys' fees.

4. Contemporaneously with the execution of the Factoring Agreement, Midwest's principal, Rankovic, executed a Personal Guaranty becoming unconditionally, jointly and severally liable for all of the indebtedness and obligations owing to ABC arising under the Factoring Agreement, which pursuant to Section 1.30 of the Factoring Agreement, consist of the amounts advanced and contractual fees, including reimbursement of reasonable attorneys' fees.

5. Based on my review of ABC's business records and the Factoring Agreement and the Personal Guaranty, the outstanding indebtedness owed to ABC by Midwest and Rankovic, individually, jointly and severally, as of <u>July 8, 2015</u> is in the amount of $55,230.81, detailed as

*Advance Business Capital LLC v. Rankovic Carrier System, Inc., et al.*
Case No. 14-cv-02077
Amended Declaration of Amount Due as to Midwest and Rankovic
Page 3 of 3

follows:

| | |
|---|---|
| **Principal Advances:** | $ 51,269.66[1] |
| **Pre-Judgment Interest (at the rate of 6.00% per annum from March 25, 2014 through July 8, 2015) (accruing at the per diem rate of $8.43):** | $ 3,961.15 |
| **Total Amount Due:** | $ 55,230.81 |

I, George Thorson, an authorized representative of ABC, declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 29, 2015

_____
George Thorson

F:\wp51 14\140005\Pleadings\Amended Declaration of Amount Due Midwest and Rankovic (6-19-15) FINAL.doc

---

[1] The amount of the Principal Advances reflects payments totaling $58,348.51 that were received by ABC during the course of this litigation, which have thereby reduced the Principal Advances of $109,618.17 that was originally alleged in the Complaint.

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, certifies that he served a true copy of the above Declaration by electronically filing same with the Clerk of the Court using the CM/ECF system on July 6, 2015, which will automatically send notification to all parties who have registered to receive notices electronically as follows:

>Dragan Rankovic, individually and on behalf of Midwest Carrier System, Inc.
>399 Newberry Drive
>Elk Grove Village, IL 60007
>630-441-3322
>ddrexpress@hotmail.com

                    By:    /s/ Vincent T. Borst