Citation Notice

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

☒ Everett McKinley Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604

## CITATION NOTICE

ADVANCE BUSINESS CAPITAL LLC, a Delaware limited liability company,
**Judgment Creditor**
v.
MIDWEST CARRIER SYSTEM, INC., an Illinois corporation, L&B TRANSPORT INC., an Illinois corporation, DRAGAN RANKOVIC, Individually, COMPASS FUNDING SOLUTIONS, LLC, an Illinois liability company, and TRANSPORTATION ALLIANCE BANK
**Judgment Debtor**

No. 2014-cv-02077

Court Date: December 16, 2015 - Courtroom 2325

Time: 9:30 a.m.   a.m. / p.m.

FILED
NOV 18 2015
NOV 1 8 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Judgment Debtor's last known:**

Name: Dragan Rankovic

Address: Midwest Carrier
399 Newberry Drive

City/State/Zip: Elk Grove Village, Illinois 60007

Telephone: N/A

A judgment in favor of ADVANCE BUSINESS CAPITAL, LLC and against MIDWEST CARRIER SYSTEM, INC., and DRAGAN RANKOVIC

was entered on July 8, 2015 , (or revived on N/A , )

in the amount of $ 55,230.81, plus attorneys' fees and costs and $ 55,230.81, plus additionally accrued /interest, attorneys' fees and costs remains unsatisfied.

**Name and address of Attorney for Judgment Creditor or Judgment Creditor (if without an attorney):**

Atty. No.: ARDC # 06192904/6289263

Name: Vincent T. Borst/Catherine A. Cooke/Robbins, Salomon & Patt, Ltd.

Atty. for: ADVANCE BUSINESS CAPITAL LLC

Address: 180 North LaSalle Street, Suite 3300

City/State/Zip: Chicago, IL 60601

Telephone: (312) 782-9000

Name of person to receive Citation: Dragan Rankovic

NOTICE: The court has issued a citation against the person named above. The citation directs that person to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor and in favor of the judgment creditor in the amount stated above. On or after the court date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE.

(1) Under Illinois or federal law, the exemption of personal property owned by the debtor includes the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor, including money in a bank account.
(2) Social Security and SSI benefits;
(3) Public assistance benefits;
(4) Unemployment compensation benefits;
(5) Worker's compensation benefits;
(6) Veteran's benefits;
(7) Circuit breaker property tax relief benefits;
(8) The debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle;
(9) The debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor;
(10) Under Illinois law every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.
(11) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the greater of the state or federal minimum hourly wage.
(12) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.
(13) Pension and retirement benefits (including IRA accounts) and refunds may be claimed as exempt under Illinois law.

The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date by notifying the clerk in writing at the office of the Clerk of the Court at the Everett McKinley Dirksen Federal Courthouse 219 South Dearborn Street, Chicago, Illinois. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor or the judgment creditor's attorney by regular first class mail, regarding the time and location of such hearing.

This notice may be sent to the judgment debtor by regular first class mail.

---

**CERTIFICATION OF MAILING BY JUDGMENT CREDITOR OR ATTORNEY FOR JUDGMENT CREDITOR**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure (735 ILCS 5/109), the undersigned certifies that s/he mailed by regular first-class mail a copy of the citation notice and this citation to defendant at the address shown below upon filing of the citation or within three business days of service if served upon Third Party Respondent.

Signature: *Deborah Lamar*   Name: *Deborah Lamar*

(PLEASE PRINT)
Preparing Atty's No.: 06192904/6289263
Preparing Atty's Name: Vincent T. Borst/Catherine Cooke
Atty. for: U.S. Bank National Association
Address: 180 North LaSalle Street, Suite 3300
City/State/Zip: Chicago, IL 60601
Telephone: (312) 782-9000

Preparer's Signature