**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Advance Business Capital LLC

                        Plaintiff,

v.                                                    Case No.: 1:14−cv−02077
                                                       Honorable Joan B. Gottschall

Midwest Carrier System, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 21, 2015:

      MINUTE entry before the Honorable Joan B. Gottschall: At the plaintiff's request, the 12/23/15 motion hearing on the plaintiff's motion to discover assets directed at Dragan Rankovic/Midwest Carrier Systems, Inc. [Doc No. 67,68, 68−1 and 69] is stricken and reset to 1/27/16 at 9:30 a.m. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.